IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM WOOD                          :
                                      :
        v.                            : CIVIL ACTION NO. AMD-01-3814
                                      :
ROYAL CARIBBEAN CRUISES, INC.         :
                                   ..oOo..

**ORDER**

APR 15 2002

The instant *pro se* complaint was filed on December 10, 2001. Plaintiff paid the full filing fee and was notified through written order of his responsibility for effecting service on the defendant. He was cautioned that his failure to effect service on the defendant within 120 days of the filing of the complaint would result in the dismissal of his cause of action under Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

Even though plaintiff was provided the aforementioned notice, approximately 121 days have passed since the filing of this action and there is no indication--through the submission of affidavit, postal acknowledgment, or original waiver--that the defendant has been served. Consequently, in accordance with the aforementioned federal and local rules, plaintiff shall show cause why his cause of action against the defendant should not be dismissed for the failure to effect service.

Accordingly, IT IS this 15 day of April, 2002, by this Court hereby ORDERED:

1.    That plaintiff SHALL SHOW CAUSE on or before FOURTEEN (14) days from the entry of this Order why his complaint against the defendant should not be dismissed for failure to effect service. Plaintiff's failure to show good cause or to timely advise this Court of his intentions in regard to service of process may result in the dismissal of his cause of action against the defendant, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., without further notice of this



Court; and

    2.    That the Clerk of the Court MAIL a copy of this Order to plaintiff.

_____
Andre M. Davis
United States District Judge

2