IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM WOOD | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. AMD-01-3814 |
| ROYAL CARRIBEAN CRUISES, LTD. | : |
| Defendant. | : MAY 0 7 2002 |

**ORDER**

On April 29, 2002 Plaintiff filed a Motion for Extension of Time within which to comply with the Court's April 15, 2002 Order. (Paper No. 4). Plaintiff shall be granted an additional fifteen days within which to comply with the directives contained in the Court's April 15 Order. However, given the amount of time Plaintiff has had for purposes of effecting service on Defendant, absent exceptional circumstances, no further extensions to comply with the April 15 Order shall be granted.

Accordingly, IT IS HEREBY ORDERED this 6th day of May, 2002 by the United States District Court for the District of Maryland that:

1. Plaintiff's Motion for Extension of Time (Paper No. 4), **IS GRANTED**;

2. Plaintiff **FILE** his response to the Court's April 15, 2002 Order within fifteen (15) days of the filing date of this Order. Absent exceptional circumstances, no further extensions shall be granted; and

3. The Clerk of Court **MAIL** a copy of this Order to Plaintiff.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

