IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM WOOD                                       :

    Plaintiff                                      :

        v.                                         :   CIVIL ACTION NO. AMD-01-3814

ROYAL CARRIBEAN CRUISES, INC.             :

    Defendant.                                     :   MAY 2 1 2002

## ORDER

On May 21, 2002 Plaintiff submitted a document captioned "Return of Service." (Paper No. 6). The pleading indicates that a copy of the complaint was served on Defendant on May 17, 2002 by a private process server. (*Id.*).

Plaintiff is advised that he has not properly served Defendant. In the Court's December 19, 2002 Order, Plaintiff was instructed that he was responsible for effecting service of process on Defendant and that pursuant to Fed. R. Civ. P. 4, he could do so by presenting a *summons* to the Clerk of the Court for signature and seal and then **serving a copy of the summons and complaint on Defendant**. Service of the summons and the complaint may be effected **by any person who is not a party and who is at least 18 years of age**.[1] Plaintiff has not presented a summons to the Clerk of the Court for signature and seal. Once this is done, Plaintiff may then attempt to serve Defendant with the summons and complaint.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the

---

[1] As an alternative, Plaintiff may elect to notify Defendant that the instant action has been filed and to request that Defendant waive service of summons. If Plaintiff elects to seek waiver of service of summons from Defendant, he should follow the notice and request and waiver procedure set forth in Fed. R. Civ. P. 4(d).



summons and complaint must promptly notify this Court, through an affidavit, that he or she has served the defendant. If Plaintiff does not use a private process service, and instead uses registered or certified mail to make service, he must file with the Court the United States Post Office acknowledgment as proof of service. If Plaintiff elects to use the notice and request and waiver procedure to serve Defendant, he should file a copy of the notice with the Court pursuant to Local Rule 103.2.c. (D. Md.); keep a copy of the waiver when it is returned to him; and file the original waiver with this Court as proof of service.

Accordingly, IT IS this 21 day of May, 2002 by this Court hereby **ORDERED** that:

1. Plaintiff **IS GRANTED** an additional fourteen (14) days to present the Clerk of Court with a summons for signature and seal and should thereafter promptly attempt service of the summons and complaint on Defendant by one of the methods described herein; and

2. The Clerk of Court **MAIL** a copy of this Order to Plaintiff.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE