IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM WOOD              :

   Plaintiff,            :

v.                        : CIVIL ACTION NO. AMD-01-3814

ROYAL CARIBBEAN CRUISES, LTD. :

   Defendant.            :

**ORDER**

On May 21, 2002 the Court entered an Order directing Plaintiff to present the Clerk of Court with a summons for signature and seal and to then attempt service of the summons and complaint on Defendant as directed in the May 21 Order. (Paper No. 7). The May 21 Order granted Plaintiff fourteen (14) days within which to comply with the directives contained therein. (*Id.*). The requisite time has passed and Plaintiff has failed to comply with the Order of the Court. Consequently, the Court finds that dismissal of Plaintiff's complaint is appropriate.

Accordingly, IT IS this _____ day of _____, 2002 by this Court, hereby ORDERED that:

1. Plaintiff's complaint **IS DISMISSED WITHOUT PREJUDICE** for failure to comply with the May 21, 2002 Order of the Court;

2. The Clerk of Court **CLOSE** this case; and

3. The Clerk of Court **MAIL** a copy of this Order to Plaintiff.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE